IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Stephanie Trammell, | : | Case No. 1:26-cv-276 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Fifth Third, | : | Order Adopting Report and |
| | : | Recommendation |
| Defendant. | : | |

This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on July 16, 2026, to which no objections were filed.[1] (Doc. 14.) For the reasons that follow, the Magistrate Judge's Order and Report and Recommendation will be **ADOPTED**.

Plaintiff submitted a Complaint to the Court on March 17, 2026.[2] The Court issued Deficiency Orders on March 31, 2026 and April 28, 2026 requiring Plaintiff to submit a signed Complaint and either pay the full filing fee or submit a complete, signed application to proceed *in forma pauperis*. (*See* Docs. 6, 9.) Plaintiff failed to comply with the Deficiency Orders, and thereafter the Magistrate Judge issued a Report and Recommendation for this matter to be

[1] However, Plaintiff filed a Request for Clarification asking "what is required" of her. (Doc. 15.) For purposes of the pending Order and Report and Recommendation, Plaintiff must pay the $405.00 filing fee within 30 days or her case will be dismissed from the docket.

[2] As the Magistrate Judge noted, Plaintiff has filed at least ten complaints against other banks or companies containing nearly identical allegations in several other district courts. *See Trammell v. EdFinancial*, No. 3:26-mc-26 (E.D. Tenn. May 13, 2026); *Trammell v. PowerPay, LLC*, No. 2:26-cv-3372 (E.D. Pa. May 11, 2026); *Trammell v. Wells Fargo*, No. 3:26-cv-3550 (N.D. Cal. Apr. 24, 2026); *Trammell v. Enerbank*, No. 2:26-cv-335 (D. Utah Apr. 21, 2026); *Trammell v. Barclays*, No. 1:26-cv-449 (D. Del. Apr. 20, 2026); *Trammell v. US Comm'n Credit Union*, No. 3:26-cv-380 (M.D. Tenn. Mar. 31, 2026); *Trammell v. Baxter Credit Union*, No. 1:26-cv-3487 (N.D. Ill. Mar. 30, 2026); *Trammell v. Syncrhony CareCredit*, No. 8:26-cv-596 (C.D. Cal. Mar. 17, 2026); *Trammell v. Bank of America*, No. 3:26-cv-210 (W.D.N.C. Mar. 16, 2026); *Trammell v. Enbright Credit Union*, No. 3:26-cv-304 (M.D. Tenn. Mar. 13, 2026).

dismissed for lack of prosecution. (Doc. 11.) However, during the pendency of the Report and Recommendation, Plaintiff filed a signed Complaint (Doc. 13) and a third "Trust Notice Response." (Doc. 12.)

In the currently pending Order and Report and Recommendation issued July 16, 2026, the Magistrate Judge ordered that the June 9, 2026 Report and Recommendation to dismiss the action for lack of prosecution be withdrawn. (Doc. 14.) As Plaintiff failed to submit a complete, properly signed *in forma pauperis* application, the Magistrate Judge recommended Plaintiff's Motion for Leave to proceed *in forma pauperis* be denied. The Magistrate Judge was unable to conclude from Plaintiff's application that her gross annual income of $39,000, where she does not have dependents and does not provide additional information regarding monthly expenses aside from payments toward a $1,000,000 security agreement lien, is insufficient to provide herself with the necessities of life and still have sufficient funds to pay the full filing fee of $405.00 to institute this action. *See Adkins v. E.I. DuPont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948). *Cf. Trammell v. Enerbank*, Case No. 2:26-cv-335 (D. Utah May 11, 2026) (denying plaintiff's application indicating annual income of $39,000, no dependents, and $1,000,000 security lien). The Magistrate Judge further recommended that Plaintiff be granted an extension of time of thirty days from the date of the Order adopting the Report and Recommendation to pay the required $405.00 filing fee. As the Magistrate Judge advised, Plaintiff's Complaint will not be deemed "filed" until the filing fee is paid. *See Truitt v. Cnty. of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). Plaintiff's failure to timely pay the filing fee will result in closure of this case.

As no objections to the Magistrate Judge's Order and Report and Recommendation were filed, the Court **ADOPTS** the Order and Report and Recommendation. (Doc. 14.) Plaintiff's

Motion for Leave to proceed *in forma pauperis* is denied. Plaintiff is granted thirty days from the entry of this Order to pay the required $405.00 filing fee. The Court will close this case on the docket if Plaintiff fails to pay the fee within thirty days.

**IT IS SO ORDERED**.

Dated: August 25, 2026

S/Susan J. Dlott
Judge Susan J. Dlott
United States District Court